| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 03-CR-50011-PL-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | |
| **08CR 0011** | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Timothy Whitfield | Eastern District of Michigan | Northern Division |
| JUDGE KENDALL | NAME OF SENTENCING JUDGE | |
| MAGISTRATE JUDGE DENLOW | Honorable Paul V. Gadola | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM / TO |

| OFFENSE |
|---|
| Credit Card Fraud |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/1/07　　　　　　　　　　　　　　　　　　　　_[signature]_
Date　　　　　　　　　　　　　　　　　　　　　Honorable Paul V. Gadola
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 8 2008　　　　　　　　　　　　　　　　_James F. Holderman_
Effective Date　　　　　　　　　　　　　　　　United States District Judge

**FILED**

JAN 0 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES GOVERNMENT

*MEMORANDUM*

**DATE:** December 20, 2007

**REPLY TO ATTN OF:** U. S. Probation Office
55 East Monroe Street, Room 1500
Chicago, Illinois 60603

**SUBJECT:** Transfer of Jurisdiction

**TO:** Mrs. Alyce Mobley-Morris
Courtroom Deputy to Chief Judge Holderman
U. S. Court House, Room 2548

08CR 0011

JUDGE KENDALL

MAGISTRATE JUDGE DENLOW

RE: WHITFIELD, Timothy

DOCKET NO. OF
TRANSFERRING COURT: 03-CR-50011-FL-01

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our district. Please return the signed copies accepting jurisdiction to this office.

Thank you.

Attachment

cc: Will Smith
U. S. Probation Officer

taw