**F I L E D**

1-28-08

JAN 2 8 2008 *CM*

MICHAEL W. DOBBINS
**CLERK**, U.S. DISTRICT COURT

*O8CR11*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                          Case No. 4:03−cr−50011−PVG

Timothy Cornelius Whitfield,

                    Defendant(s).

_____

## NOTICE OF TRANSFER OF JURISDICTION OF PROBATIONER

TO:  U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS − CHICAGO

    The above entitled case has been transferred to your Court under the provisions of 18
U.S.C. § 3605, authorizing transfer of jurisdiction of probationer.  Enclosed is the Order of
Transfer and certified copies of the docket sheet, Indictment, and Judgment.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this
Notice to:

                Clerk's Office
                U.S. District Court for the Eastern District of Michigan
                600 Church Street
                Flint, MI
                48502
                (810) 341−7840

### Certification

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                    DAVID J. WEAVER, CLERK OF COURT

                    By: s/ C. Greyerbiehl
                        Deputy Clerk

Dated:   January 23, 2008

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

## 08CR 0011

| | | |
|---|---|---|
| | DOCKET NUMBER *(Tran. Court)* 03-CR-50011-FL-01 | |
| | DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Timothy Whitfield   **JUDGE KENDALL** | Eastern District of Michigan | Northern Division |
| **MAGISTRATE JUDGE DENLOW** | NAME OF SENTENCING JUDGE Honorable Paul V. Gadola | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |

| OFFENSE |
|---|
| Credit Card Fraud |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____
Date

_____
Honorable Paul V. Gadola
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**JAN - 8 2008**
_____
Effective Date

_____
United States District Judge

# RECEIVED

JAN 0 9 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

CLOSED, WC

# U.S. District Court
## Eastern District of Michigan (Flint)
### CRIMINAL DOCKET FOR CASE #: 4:03-cr-50011-PVG-ALL

Case title: USA v. Whitfield                    Date Filed: 02/19/2003

Assigned to: Judge Paul V Gadola

**Defendant**

**Timothy Cornelius Whitfield** (1)        represented by **Thomas R. McCombs**
                                                            Thomas R. McCombs (Flint)
*TERMINATED: 10/22/2003*                                    444 Church Street
                                                            Suite 201
                                                            Flint, MI 48502
                                                            810-235-4643
                                                            Email: tmccombs@netzero.com
                                                            *TERMINATED: 10/22/2003*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Retained*

**Pending Counts**                              **Notes**

None

**Sentenced Counts**                            **Dispositon**

18:1029(a)(5) CREDIT CARD                       37 Months Imprisonment. 3 Years
FRAUD                                           Supervised Release. .00 Special
(1)                                             Assessment Fee. ,309.13
                                                Restitution.

**Highest Offense Level**
**(Opening)**

Felony

**Terminated Counts**                           **Disposition**

18:1341 MAIL FRAUD

(2)                                               Disposed of at Sentencing

**Highest Offense Level**
**(Terminated)**

Felony

**Complaints**                                    **Disposition**

None

---

**Plaintiff**

**United States of America**     represented by  **Robert W. Haviland**
                                                 U.S. Attorney's Office
                                                 600 Church Street
                                                 Suite 210
                                                 Flint, MI 48502-1280
                                                 810-766-5177
                                                 Email: robert.haviland@usdoj.gov

                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2003 | 1 | INDICTMENT against Timothy Cornelius Whitfield (1) count(s) 1, 2 (th) (Entered: 02/25/2003) |
| 02/19/2003 | 2 | WARRANT for arrest issued as to defendant Timothy Cornelius Whitfield with Request for Warrant upon Indictment (th) (Entered: 02/25/2003) |
| 04/04/2003 | | INITIAL appearance by defendant Timothy Cornelius Whitfield (1) count(s) 1, 2 before Magistrate Judge Wallace Capel Jr., defendant consents to detention - D/Atty: Thomas McCombs - AUSA: Robert Haviland - Tape # cr 03-6 (pp) (Entered: 04/04/2003) |
| 04/04/2003 | | ARRAIGNMENT held, plea of not guilty entered by Timothy Cornelius Whitfield (1) count(s) 1, 2 - Magistrate Judge Wallace Capel Jr. - D/Atty: Thomas McCombs - AUSA: Robert Haviland - Tape #: cr 03-6 (pp) (Entered: 04/04/2003) |
| 04/04/2003 | 3 | ACKNOWLEDGMENT by defendant Timothy Cornelius Whitfield and defense counsel Thomas R. McCombs of indictment (th) (Entered: 04/07/2003) |
| 04/04/2003 | 4 | ORDER by Magistrate Judge Wallace Capel Jr. as to defendant Timothy Cornelius Whitfield, for detention pending trial with proof of service [EOD Date 4/7/03] (th) (Entered: 04/07/2003) |
| 04/07/2003 | 5 | TRIAL NOTICE and PRETRIAL order by Judge Paul V. Gadola as to defendant Timothy Cornelius Whitfield - setting criminal jury trial for 9:00 6/3/03 for Timothy Cornelius Whitfield with attachment and proof of service (th) (Entered: 04/07/2003) |
| 04/14/2003 | 6 | APPEARANCE for defendant Timothy Cornelius Whitfield of attorney Thomas R. McCombs with proof of service (th) Modified on 04/17/2003 (Entered: 04/17/2003) |
| 05/21/2003 | | PLEA held as to defendant Timothy Cornelius Whitfield, plea of guilty accepted as to Timothy Cornelius Whitfield (1) count(s) 1 , defendant referred to probation - Judge Paul V. Gadola - Court Reporter: Jennifer Chase (rc) (Entered: 05/21/2003) |
| 05/22/2003 | 7 | RULE 11 plea agreement by defendant Timothy Cornelius Whitfield (th) (Entered: 05/23/2003) |

| 06/03/2003 | 8 | NOTICE as to defendant Timothy Cornelius Whitfield of setting sentencing for 2:00 8/28/03 for Timothy Cornelius Whitfield with proof of service (th) (Entered: 06/04/2003) |
| 07/14/2003 | 9 | WARRANT for arrest returned executed by U.S. Marshal on 4/4/03 as to defendant Timothy Cornelius Whitfield (th) (Entered: 07/14/2003) |

| 08/29/2003 | | SENTENCING adjourned as to defendant Timothy Cornelius Whitfield to 2:00 10/2/03 for Timothy Cornelius Whitfield - Judge Paul V. Gadola - D/Atty: Thomas McCombs - AUSA: Robert W. Haviland - Court Reporter: Jennifer Chase (rc) (Entered: 08/29/2003) |
| --- | --- | --- |
| 09/29/2003 | 10 | MEMORANDUM regarding presentence report by defendant Timothy Cornelius Whitfield (th) (Entered: 09/30/2003) |
| 09/29/2003 | 11 | AMENDED MEMORANDUM regarding presentence report by defendant Timothy Cornelius Whitfield (th) (Entered: 09/30/2003) |
| 10/01/2003 | 12 | NOTICE as to defendant Timothy Cornelius Whitfield of setting sentencing for 10:00 10/22/03 for Timothy Cornelius Whitfield (th) (Entered: 10/02/2003) |
| 10/09/2003 | 13 | ORDER by Judge Paul V. Gadola as to defendant Timothy Cornelius Whitfield, to file a proper motion as to defendant Timothy Cornelius Whitfield with proof of service [EOD Date 10/14/03] (th) (Entered: 10/14/2003) |
| 10/22/2003 | | SENTENCING held as to defendant Timothy Cornelius Whitfield - Judge Paul V. Gadola - D/Atty: Thomas McCombs - AUSA: Robert W. Haviland - Court Reporter: Jennifer Chase (rc) (Entered: 10/22/2003) |
| 10/22/2003 | 14 | JUDGMENT and commitment order entered by Judge Paul V. Gadola sentencing Timothy Cornelius Whitfield (1) count(s) 1 , disposing of count(s) as to Timothy Cornelius Whitfield (1) count(s) 2 (th) (Entered: 10/28/2003) |
| 12/17/2003 | 15 | JUDGMENT and commitment order returned as to defendant Timothy Cornelius Whitfield (th) (Entered: 12/19/2003) |
| 01/09/2004 | 16 | ORDER by Judge Paul V. Gadola with motion as to defendant Timothy Cornelius Whitfield, denying motion for extension of time to file notice of appeal and motion for appointment of appellate counsel [EOD Date: 1/13/04] (pm) (Entered: 01/13/2004) |
| 03/11/2004 | 17 | ORDER for response as to Timothy Cornelius Whitfield. Signed by Judge Paul V Gadola. (THal, ) (Entered: 03/16/2004) |
| 03/11/2004 | 18 | MOTION for Credit for Time Served by Timothy Cornelius |

Whitfield. (THal, ) (Entered: 03/24/2004)

| | | |
|---|---|---|
| 03/24/2004 | <u>19</u> | RESPONSE by United States of America as to Timothy Cornelius Whitfield re [18] MOTION for Credit for Time Served (THal, ) (Entered: 03/24/2004) |
| 05/04/2004 | <u>20</u> | MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 04-cv-40126.) by Timothy Cornelius Whitfield. (NHoll, ) (Entered: 05/06/2004) |
| 05/10/2004 | <u>22</u> | ORDER denying [18] Motion for credit for time served as to Timothy Cornelius Whitfield (1). Signed by Judge Paul V Gadola. (RCho, ) (Entered: 05/12/2004) |
| 05/18/2004 | <u>23</u> | ORDER for Answer re [20] MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 04-cv-40126.) filed by Timothy Cornelius Whitfield. Signed by Honorable Paul V Gadola. (RCho, ) (Entered: 05/18/2004) |
| 06/17/2004 | <u>24</u> | RESPONSE by United States of America as to Timothy Cornelius Whitfield *(to Motion to Vacate Sentence)* (Haviland, Robert) (Entered: 06/17/2004) |
| 07/06/2004 | <u>25</u> | REPLY TO RESPONSE by Timothy Cornelius Whitfield re [20] MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 04-cv-40126.) (DWor, ) (Entered: 07/07/2004) |
| 07/06/2004 | <u>26</u> | Letter from Timothy Whitfield, Sr. (DWor, ) (Entered: 07/07/2004) |
| 07/13/2004 | <u>27</u> | ORDER denying [20] Motion to Vacate (2255) as to Timothy Cornelius Whitfield (1). Signed by Honorable Paul V Gadola. (RCho, ) (Entered: 07/13/2004) |
| 07/13/2004 | <u>28</u> | JUDGMENT re [20] MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 04-cv-40126.) filed by Timothy Cornelius Whitfield. Signed by Honorable Paul V Gadola. (RCho, ) (Entered: 07/13/2004) |
| 01/22/2008 | <u>29</u> | TRANSFER OF JURISDICTION to USDC IL NO - Chicago as to Timothy Cornelius Whitfield. (CGre) (Entered: 01/23/2008) |
| 01/23/2008 | <u>30</u> | NOTICE transferring case to *NORTHERN DISTRICT OF ILLINOIS - CHICAGO* as to Timothy Cornelius Whitfield. (CGre) (Entered: 01/23/2008) |

**4:03-cr-50011-PVG**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

FILED-CLERK
U.S. DISTRICT COURT
FEB 19  2 05 PM '03

EAST. DIST. MICHIGAN
SOUTHERN DIV.-FLINT

**UNITED STATES OF AMERICA,**
                  Plaintiff,

v.

**TIMOTHY CORNELIUS WHITFIELD,**
                  Defendant.
                                          /

NO.   **03 - 50011**

HON. PAUL V. GADOLA

## INDICTMENT

**THE GRAND JURY CHARGES:**

I hereby certify that the
foregoing is a true copy of the
original on file in my office
____ Carl J. Fuyukall
Deputy Clerk

### COUNT ONE

[credit card fraud; 18 U.S.C. § 1029(a)(5)]

That from about October 29, 2001 until about March 12, 2002, in the Eastern District of Michigan and elsewhere, TIMOTHY CORNELIUS WHITFIELD, knowingly and with intent to defraud, effected transactions with access devices issued to other persons, that is, credit card numbers, to receive motor vehicles and other goods and services of an aggregate value of at least $1000, in violation of Section 1029(a)(5) of Title 18, United States Code, which transactions included purchases of the motor vehicles, goods, and services listed in the following schedule:

| DATE | PURCHASE | SELLER | PRICE |
|------|----------|--------|-------|
| Oct. 29, 2001 | 1993 Mazda | Fischer Honda, Ypsilanti, MI | $4,348.10 |
| Nov. 5, 2001 | 1996 Cavalier | Taylor Chevrolet, Taylor, MI | $5,439.65 |
| Nov. 26, 2001 | 1994 Grand Am | Sundance Buick, St. John's,MI | $4,500.00 |
| Nov. 29, 2001 | 1996 Ford Taurus | Sundance Buick, St. John's,MI | $4,602.00 |
| Dec. 1, 2001 | 1992 Buick | Sundance Buick, St. John's,MI | $2,558.00 |
| Dec. 29, 2001 | 1992 Cadillac | Lynnes Infiniti, Bloomfield, NJ | $4,514.70 |
| Dec. 29, 2001 | towing service (1992 Cadillac) | Dependable Auto Shippers, Carson, CA | $530.00 |
| Jan. 14, 2002 | towing service (2002 Trailblazer) | Dependable Auto Shippers, Linden, NJ | $595.00 |
| Jan. 14, 2002 | towing service (1996 Sunfire) | Dependable Auto Shippers, Mesquite, TX | $495.00 |
| Jan. 18, 2002 | auto repairs (1992 Cadillac) | Merollis Chevrolet, Lapeer, MI | $2,553.24 |
| Jan.26, 2002 | 1996 Sunfire | World Wide Motor Sales, Bensenville, IL | $2,995.00 |
| Jan. 28, 2002 | remote starter, etc. (2002 Trailblazer) | Specmo, Burton, MI | $463.94 |
| Feb. 5, 2002 | 1997 International Tractor | Southland International Trucks, Homewood, AL | $18,500.00 |
| Feb. 8, 2002 | towing service (97 International) | Road One Towing, Wyoming, MI | $1,595.00 |

| Mar. 4, 2002 | 1999 Grand Am | Wholesale Outlet, Inc., Waterford Works, NJ | $6,005.00 |
| Mar. 4, 2002 | towing service (1999 Grand Am) | Dependable Auto Shippers, Mesquite, TX | $630.00 |
| Mar. 12, 2002 | 1996 GMC Jimmy | Wriker Chev -Pont-Olds-GMC, Winchester, TN | $6,169.00 |

## COUNT TWO

[mail fraud; 18 U.S.C. § 1341]

That beginning about January 7, 2002, in the Eastern District of Michigan and elsewhere, TIMOTHY CORNELIUS WHITFIELD knowingly devised a scheme to defraud, and to obtain property by means of false representations and promises, which scheme is described as follows:

1) It was part of said scheme that TIMOTHY CORNELIUS WHITFIELD would contact CarsDirect.Com over the Internet, seeking to purchase a new Chevrolet Trailblazer;

2) It was further part of said scheme that TIMOTHY CORNELIUS WHITFIELD would promise to pay for such vehicle by using, without authorization from the account holder, a credit card number for a credit card account not belonging to him;

3) It was further part of said scheme that TIMOTHY CORNELIUS

WHITFIELD would obtain possession of such vehicle by contracting

with Dependable Auto Shippers to pick up the vehicle and deliver it to

him in the State of Michigan;

and that on or about January 16, 2002, having devised the aforesaid scheme to

defraud, and for the purpose of executing such scheme, TIMOTHY CORNELIUS

WHITFIELD knowingly caused to be delivered by Federal Express, a commercial

interstate carrier, according to the directions thereon, a package addressed to Timothy

Whitefield, Holiday Inn Express, 2947 Stevenson Ave., Flint, MI 48504, containing

a "Customer Agreement" pertaining to the sale of a 2002 Chevrolet Trailblazer for

$25,671.20; all in violation of Section 1341 of Title 18, United States Code.

THIS IS A TRUE BILL.

Dated: *February 19, 2003*

JEFFREY G. COLLINS
United States Attorney

*Robert W. Haviland*
ROBERT W. HAVILAND (P25665)
Assistant United States Attorney
600 Church Street
Flint, MI  48502   (810)766-5031

AO 245 S (Rev. 4/95) Sheet 1 - Judgment in a Criminal Case



# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

TIMOTHY CORNELIUS WHITFIELD,
    Defendant.

OCT 23   1 14 PM '03

Case Number CR 03-50011-FL
Hon. Paul V. Gadola

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, **TIMOTHY CORNELIUS WHITFIELD**, was represented by Thomas R. McCombs

- The defendant pleaded guilty to count **One of the Indictment.**
- Count **Two of the Indictment** is dismissed on the motion of the United States.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 1029(a)(5) | Credit Card Fraud | 03/12/02 | One |

The defendant is sentenced as provided in pages **2** through **7** of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed:   10/23/03

October 22, 2003
Date of Imposition of Judgment

Paul V. Gadola
United States District Judge

Def
Def
Def
Def
IL 6

5/21/03

I hereby certify that the foregoing is a true copy of the original on file in this office.

by Carol J. _____
Deputy Clerk

AO 245 S (Rev. 11/97) Sheet 2 - Imprisonment

Defendant: TIMOTHY CORNELIUS WHITFIELD
Case Number: CR 03-50011-FL

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **37 months** .

While in custody, the defendant shall participate in the Inmate Financial Responsibility Program (IFRP). The Court is aware of the requirements of the IFRP and approves the payment schedules of this program and hereby orders the defendant's compliance.

The Court waives the imposition of a fine, the costs of incarceration and the costs of supervision, due to the defendant's lack of resources.

■ The Court makes the following recommendations to the Bureau of Prisons: the court recommends that the defendant be designated to FPC Yankton, South Dakota, or if the defendant can not be placed in that institution the court would recommend designation to FCI Greenville, Illinois.

■ The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Case 4:03-cr-50011-PVG   Document 14   Filed 10/22/2003   Page 3 of 7
Case 4:08-cr-00011-PVG   Document 2   Filed 01/28/2008   Page 19 of 21

Judgment–Page 3 of 7

AO 245 S (Rev. 11/97) Sheet 3 - Supervised Release

Defendant: TIMOTHY CORNELIUS WHITFIELD
Case Number:  CR 03-50011-FL

<h1 style="text-align:center">SUPERVISED RELEASE</h1>

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3** years.

The defendant shall report to the probation office in the district to which the defendant is released within *72 hours* of release from the custody of the Bureau of Prisons.

- The defendant shall not commit another federal, state or local crime.

- The defendant shall not illegally posses a controlled substance.

**FOR OFFENSES COMMITTED ON OR AFTER SEPTEMBER 13, 1994**

*The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.*

- The defendant shall not own or possess a firearm, destructive device, or dangerous weapon as defined in 18 U.S.C. § 921.

If this judgment imposes a fine, or a restitution obligation, it shall be a condition of supervised release that the defendant pay as directed by the Probation Office, any such fine, assessments, costs, or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties of this judgment

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with any additional conditions as listed on the attached page entitled special conditions of supervision

<h1 style="text-align:center">STANDARD CONDITIONS OF SUPERVISION</h1>

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 4:03-cr-50011-PVG Document 14 Filed 10/22/2003 Page 4 of 7
Case 4:08-cr-00011-PVC Document 2 Filed 01/28/2008 Page 18 of 21

Judgment–Page 4 of 7

AO 245B (Rev. 11/97) Sheet 3 - Supervised Release - Special Conditions

Defendant: TIMOTHY CORNELIUS WHITFIELD
Case Number: CR 03-50011-FL

## SPECIAL CONDITIONS OF SUPERVISION

1.    The defendant shall provide the Probation Department access to any requested financial information.

2.    The defendant shall not incur new charges or open additional lines of credit without the approval of the Probation Department unless the defendant is in compliance with the payment schedule.

3.    The defendant shall make monthly installment payments on any remaining balance of the restitution and special assessment at a rate and schedule recommended by the Probation Department and approved by the Court.

4.    The defendant shall be lawfully and gainfully employed on a full-time basis, or shall be seeking such lawful gainful employment on a full-time basis. "Full-time" is defined as 40 hours per week. In the event that the defendant has part-time employment, he shall devote the balance of such 40 hours per week to his efforts of seeking additional employment.

AO 245 S (Rev. 11/97) Sheet 5, Part A - Criminal Monetary Penalties

Defendant: TIMOTHY CORNELIUS WHITFIELD
Case Number: CR 03-50011-FL

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ 0.00 | $30,309.13 |
| If applicable, restitution amount ordered pursuant to plea agreement | | | |

## RESTITUTION

- ■ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

## PAYEES ARE LISTED ON ATTACHED PAGE

AO 245 S (Rev. 1/98) Sheet 5g-a, Part A - Criminal Monetary Penalties

Defendant: TIMOTHY CORNELIUS WHITFIELD
Case Number: CR 03-50011-FL

## RESTITUTION PAYEES

| Name, Address and Zip Code of Payee | **Total Amount of Loss | Total Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Fischer Honda<br>15 E. Michigan<br>Ypsilanti, MI 48197 | 4,348.10 | 4,348.10 | |
| Sundance Buick<br>1205 N. US-27<br>St. Johns, MI 48879 | 11,660.00 | 11,660.00 | |
| Stewart Smith Specialty Risks<br>Attn: Andrew Bregier<br>26899 Northwestern Highway<br>Southfield, MI 48034 | 4,514.70 | 4,514.70 | |
| Dependable Auto Shippers<br>Attn: Sue Roberts<br>3020 E. Highway 80<br>Mesquite, TX 75149 | 2,250.00 | 2,250.00 | |
| Merollis Chevrolet<br>473 W. Genesee Street<br>Lapeer, MI 48446 | 2,553.24 | 2,553.24 | |
| World Wide Smotor Sales<br>Attn: Doug Anderson<br>1347 W. Irving Park Road<br>Bensenville, IL 60106 | 2,095.00 | 2,095.00 | |
| Specmo<br>G-3189 S. Dort Highway<br>Burton, MI 48529 | 463.94 | 463.94 | |
| Road One Towing<br>Attn: John Maynard<br>8510 Clay Avenue, NW<br>Wyoming, MI 49548 | 1,595.00 | 1,595.00 | |
| Harco Insurance Company<br>c/o Lynda Pavlik<br>For Southland International Trucks<br>P.O. Box 86309<br>Schaumburg, IL 60168-0309 | 829.15 | 829.15 | |
| | 30,309.13 | 30,309.13 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offense committed on or after September 13, 1994.

AO 245 S (Rev. 3/96) Sheet 5, Part B - Criminal Monetary Penalties

Defendant: TIMOTHY CORNELIUS WHITFIELD
Case Number: CR 03-50011-FL

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution.

PAYMENT OF TOTAL FINE AND OTHER CRIMINAL MONETARY PENALTIES SHALL BE DUE AS FOLLOWS:

■ IN FULL IMMEDIATELY.

SPECIAL INSTRUCTIONS REGARDING THE PAYMENT OF CRIMINAL MONETARY PENALTIES:

■ The defendant shall make monthly installment payments on any remaining balance of the restitution and special assessment at a rate and schedule recommended by the Probation Department and approved by the Court.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk of the Court, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States Attorney.