UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   08 CR 11 |
| v.   ) | |
| ) | Judge Virginia M. Kendall |
| TIMOTHY WHITFIELD   ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Kaarina Salovaara
    KAARINA SALOVAARA
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-8880

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

**ATTORNEY DESIGNATION**

was on April 8, 2008 served pursuant to the district court's ECF system as to ECF filers.

      By:    /s/ Kaarina Salovaara
                 KAARINA SALOVAARA
                 Assistant United States Attorney
                 219 South Dearborn Street
                 Chicago, Illinois 60604
                 (312) 353-8880